UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GABRIEL MENDEZ,                          )          NO. CV 16-8261-ODW (AGR)
                Petitioner,              )
                                         )
        v.                               )          JUDGMENT
                                         )
WARREN MONTGOMERY,                       )
Warden,                                  )
                Respondent.              )
_____         )

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: _November 14, 2016          _____
                                            OTIS D. WRIGHT II
                                       United States District Judge